IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN BROSNAN,

    Defendant.

No. CR 10-00068 WHA

**ORDER DENYING PERMISSION TO FILE LAWSUIT AGAINST THE UNITED STATES**

    In compliance with the terms of his supervised release, defendant John Brosnan has submitted to the undersigned judge a proposed lawsuit that he wishes to file in federal court. In his complaint, Brosnan alleges that he has developed a new battery technology far more powerful than any in the market. The complaint then describes Edward Snowden, Bradley Manning, and how whistleblowers have recently leaked classified documents. Brosnan's suit requests a declaratory judgment that the United States cannot steal his intellectual property and that the United States must allow him to export it without him going through the proper procedures.

    Brosnan's proposed complaint is completely frivolous and does not assert any plausible or proper claims. As has been found in both state and federal court, Brosnan is a vexatious litigant and the pre-filing order was designed to stop lawsuits exactly like this one. Permission to file this declaratory judgment action against the United States is **DENIED**. The **CLERK SHALL PLEASE CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: October 6, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE